NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1095

JOYAL PRODUCTS, INC.,

Plaintiff-Appellee,

v.

JOHNSON ELECTRIC NORTH AMERICA, INC.,
JOHNSON ELECTRIC CONSULTING, INC.,
and JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD.,

Defendants-Appellants,

and

DELPHI CORPORATION,

Defendant.

Appeal from the United States District Court for the District of New Jersey in
case no. 04-CV-5172, Judge Joel A. Pisano.

ON MOTION

## ORDER

Joyal Products, Inc. moves for sanctions pursuant to Fed. R. App. P. 38.

Johnson Electric North America, Inc. et al. (Johnson) move without opposition for an 8-

day extension of time, until August 14, 2009, to respond to the sanctions motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2)    The motion for sanctions is deferred for consideration by the merits panel assigned to hear this case. The motion, Johnson's opposition, any reply, and a copy of this order shall be transmitted to the merits panel.

FOR THE COURT

AUG 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Stephen R. Buckingham, Esq.
       Stephen N. Weiss, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 0 2009

JAN HORBALY
CLERK